No. 99–760.  TAYLOR v. SLICK, EXECUTOR OF THE ESTATE OF BALLANTINE, DECEASED.  C. A. 3d Cir.  Certiorari denied.  ▮

No. 99–761.  WILLIS v. CALIFORNIA STATE BAR.  Sup. Ct. Cal.  Certiorari denied.

No. 99–762.  TORRES v. MCLAUGHLIN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–763.  CYGAN v. MICHIGAN DEPARTMENT OF THE TREASURY.  Ct. App. Mich.  Certiorari denied.

No. 99–764.  KRIDEL v. FLORIDA PUBLIC EMPLOYEES RELATIONS COMMISSION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–767.  YORK PRODUCTS, INC., ET AL. v. LRV ACQUISITION CORP.  C. A. Fed. Cir.  Certiorari denied.

No. 99–768.  N. A. S. HOLDINGS, INC. v. PAFUNDI.  Sup. Ct. Vt.  Certiorari denied.

No. 99–769.  WHITE v. SMI OF PATTISON AVENUE, L. P., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–771.  PENNSYLVANIA v. LARSON.  Super. Ct. Pa.  Certiorari denied.

No. 99–773.  DLUGOSZ v. SCARANO, JUDGE, SARATOGA COUNTY COURT, ET AL.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 99–777.  UNITED FARMERS PLANT FOOD, INC., DBA FARMERS AG CENTER, INC. v. LEBANON CHEMICAL CORP., DBA LEBANON SEABOARD CORP.  C. A. 8th Cir.  Certiorari denied.  ▮

No. 99–778.  BAJA v. DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–787.  ROGERS v. ADMINISTRATOR OF VETERANS ADMINISTRATION HOSPITAL ET AL.  C. A. 9th Cir.  Certiorari denied.